## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES DIGGS,

      Petitioner,

      v.

DAVID DIGUGLIELMO, *et al.*,

      Respondents.

CIVIL ACTION NO. 4:07-cv-01505

(SAPORITO, J.)

## ORDER

Petitioner Charles Diggs's appeal has been remanded for issuance of a certificate of appealability of the denial of his requests for relief under Federal Rule of Civil Procedure 60(b), or a statement of reasons why a certificate of appealability should not issue. *See* (Doc. 41).

For the reasons described in the orders addressing Diggs's motions, *see* (Docs. 36, 38), Diggs has not demonstrated "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and jurists of reason would agree that Diggs is not entitled to relief. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Accordingly, **IT IS HEREBY ORDERED** that a certificate of appealability shall not issue.

Dated: May 6, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge